JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR RIVERA, on behalf of himself and a class of others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>LUXFER, INC., a Delaware Corporation,<br><br>                    Defendant. | Case No. EDCV 13-1560 JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, the Court orders that judgment shall be entered as follows:

1.  Final Settlement Approval is granted;

2.  Class Counsel is awarded attorneys' fees in an amount of $90,000.00 from the gross settlement amount;

3.  Class Counsel is awarded costs in the amount of $9,829.04 from the gross settlement amount;

4.  ILYM Group, Inc., is awarded settlement administration fees in the amount of $8,500.00 from the gross settlement amount;

5. Class Representative Omar Rivera is awarded a service award in the amount of $5,000.00 from the gross settlement amount; and

6. This action is dismissed with prejudice.

Dated: March 25, 2015

THE HONORABLE JESUS G. BERNAL
United States District Judge

2